# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-MC-00206-FDW-DSC

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>Plaintiffs,<br><br>v.<br><br>AL-QAEDA<br>THE TALIBAN<br>THE HAQQANI NETWORK,<br><br>Defendants. | <u>**ORDER FOR FINAL EXECUTION**</u> |

THIS MATTER coming on to be heard and being heard before the undersigned Judge of the United States District Court for the Western District of North Carolina upon Plaintiffs/Judgment Creditors' Motion for an Order of Final Execution in this matter; and

IT APPEARING to the Court that:

1. The Judgment was obtained pursuant to a civil action brought under the Anti-Terrorism Act, 18 U.S.C. § 2333 (hereinafter "ATA") and the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(b) (hereinafter "RICO") arising from an act of terrorism.

2. The Taliban, Al-Qaeda, and The Haqqani Network are each a "terrorist party", as defined by Section 201(d)(4) of the TRIA.

3. Judgment Creditors registered the Judgment with this Court on January 20, 2021.

4. Judgment Creditors now seek Writs of Execution to execute the Judgment in North Carolina against assets of the Judgment Debtors, including Judgment Debtors' blocked assets and the blocked assets of any agency or instrumentality of a Judgment Debtor, as those terms are defined in the Terrorism Risk Insurance Act, 28 U.S.C. § 1610 note ("TRIA").

5. The Judgment has not been satisfied, vacated, or reversed.

6. Pursuant to TRIA, Judgment Debtors' blocked assets, including the blocked assets of any agency or instrumentality [...] levy to satisfy the Judgment in this case.

IT IS, THEREFORE, ORDERED [...] the Court as to each Judgment Debtor for the collection of the Judgment in this case as provided for herein.

IT IS SO ORDERED.

Signed: April 30, 2021

Frank D. Whitney
United States District Judge