**Subject:** RE: John Does 1-7 v. The Taliban, blocked assets held by Bank of America, N.A.
**Date:** Friday, July 23, 2021 at 4:09:38 PM Eastern Daylight Time
**From:** Cagney, Craig
**To:** John Thornton
**CC:** Thomson, Daniel J., Flynn, Michael S., Eng, Brendan, mariela.n.garcia@bofa.com, swiniker@winikerlaw.com, Daniela Jaramillo, Orlando Do campo, Teresita Isern

Thanks very much, John. Please let us know when you do move for the TRIA order. Have a good weekend.

Thanks,
Craig

**Craig T. Cagney**

+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** John Thornton <jt@dandtlaw.com>
**Sent:** Friday, July 23, 2021 2:22 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>
**Cc:** Thomson, Daniel J. <daniel.thomson@davispolk.com>; Flynn, Michael S. <michael.flynn@davispolk.com>; Eng, Brendan <brendan.eng@davispolk.com>; mariela.n.garcia@bofa.com; swiniker@winikerlaw.com; Daniela Jaramillo <dj@dandtlaw.com>; Orlando Do campo <od@dandtlaw.com>; Teresita Isern <ti@dandtlaw.com>
**Subject:** Re: John Does 1-7 v. The Taliban, blocked assets held by Bank of America, N.A.

Thank you Craig,

First, our understanding is consistent with yours – there is no obligation for Bank of America to respond to the writs until we file a turnover motion.

Second, the writs are targeted only to blocked funds of the judgment debtors or agencies/instrumentalities of our clients' judgment debtors. The only one we are aware of is blocked account number ▆▆▆▆ 4030 corresponding to the SDN Waldemar Lorenzana Lima, which Bank of America's subpoena response alerted us to. (See attached). We believe and intend to show that Lorenzana Lima is an agency/instrumentality of one

or more of our clients' judgment debtors.  We confirm our agreement that the writ does not implicate assets that are not already blocked and thus attachable under TRIA.

Regards,

John Thornton
do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, FL 33131
Telephone: (305) 358-6600
Facsimile:  (305) 358-6601
Mobile: (305) 494-1717
[www.dandtlaw.com](http://www.dandtlaw.com)

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney/client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies-- electronic, paper or otherwise--which you may have of this communication.

---

**From:** "Cagney, Craig" <craig.cagney@davispolk.com>
**Date:** Friday, July 23, 2021 at 1:29 PM
**To:** John Thornton <jt@dandtlaw.com>
**Cc:** "Thomson, Daniel J." <daniel.thomson@davispolk.com>, "Flynn, Michael S." <michael.flynn@davispolk.com>, "Eng, Brendan" <brendan.eng@davispolk.com>, "mariela.n.garcia@bofa.com" <mariela.n.garcia@bofa.com>, "swiniker@winikerlaw.com" <swiniker@winikerlaw.com>, Daniela Jaramillo <dj@dandtlaw.com>, Orlando do Campo <od@dandtlaw.com>, Teresita Isern <ti@dandtlaw.com>
**Subject:** Re: John Does 1-7 v. The Taliban, blocked assets held by Bank of America, N.A.

Thanks, John.  We can confirm receipt of the letter and service of the writs.  Bank of America reserves all rights, objections and defenses it may have to the writs.

As you know, OFAC sanctions preclude Bank of America from turning over any blocked accounts without a TRIA turnover order. It is our understanding that under North Carolina law, there is no obligation for Bank of America to respond in court to the writs until you file supplemental proceedings to seek such an order.  Please let us know immediately if that understanding is incorrect.

Could you also confirm that the writs are targeted at the one specified account, and identify which entity is the alleged agency or instrumentality forming the basis for the attachment?  Because Ayco itself is not an SDN, we assume that Ayco is not the alleged agency or instrumentality, and thus we are not restraining all assets of Ayco, including any that are not blocked and thus are not attachable under TRIA in any event.  Let us know if we have misunderstood the writ.

Regards,
Craig


**Craig T. Cagney**

+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at davispolk.com.

On Jul 22, 2021, at 4:56 PM, John Thornton <jt@dandtlaw.com> wrote:

All,

Following up on my e-mail below. Please acknowledge receipt of the letter and Executions.

We plan to move the Court for the agency/instrumentality findings shortly.

Regards,

John Thornton
do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, FL 33131
Telephone: (305) 358-6600
Facsimile:  (305) 358-6601
Mobile: (305) 494-1717
www.dandtlaw.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney/client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

**From:** John Thornton <jt@dandtlaw.com>
**Date:** Thursday, July 15, 2021 at 3:16 PM
**To:** "Cagney, Craig" <craig.cagney@davispolk.com>, "Thomson, Daniel J." <daniel.thomson@davispolk.com>, "Flynn, Michael S." <michael.flynn@davispolk.com>,

"Eng, Brendan" <brendan.eng@davispolk.com>, "mariela.n.garcia@bofa.com" <mariela.n.garcia@bofa.com>, "swiniker@winikerlaw.com" <swiniker@winikerlaw.com>
**Cc:** Daniela Jaramillo <dj@dandtlaw.com>, Orlando do Campo <od@dandtlaw.com>, Teresita Isern <ti@dandtlaw.com>
**Subject:** John Does 1-7 v. The Taliban, blocked assets held by Bank of America, N.A.

Craig and colleagues,

Please see the attached letter and Executions. They will be couriered shortly. Please let me know if you will accept service of the Executions by e-mail.

Regards,

John Thornton
do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, FL 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601
Mobile: (305) 494-1717
www.dandtlaw.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney/client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.