do Campo & Thornton, P.A.　　　　　　　　　　　　　　　　　　ATTORNEYS AT LAW

CHASE BANK BUILDING
150 S.E. SECOND AVENUE • SUITE 602
MIAMI, FLORIDA 33131
PH 305 358 6600 • FAX 358 6601
DANDTLAW.COM

August 5, 2021

**Sent via Certified Mail**
7090 1640 0001 2571 8824
Rivers Correctional Facitlity
145 Parker's Fishery Road,
PO Box 840, Winton, NC 27986
Inmate Reg. Number: 33342-016

Re: Notice to Mr. Lorenzana Lima of proceedings in the Western District of North Carolina.

Mr. Lorenzana Lima:

I am writing to provide you notice that we have provided Bank of America with Writs of Execution (see attached) that we intend to enforce against blocked account number ▓▓▓▓4030 corresponding to Ayco Farms, Inc. and holding assets belonging to the Specially Designated National Waldemar Lorenzana Lima. We believe and intend to show that you, Mr. Lorenzana Lima are an agency/instrumentality of one or more of our clients' judgment debtors, and therefore that yout blocked assets are subject to execution pursuant to federal law, particularly the Terrorism Risk Insurance Act.

Our understanding is that the source of the blocked funds is an accounts payable or wire transfer from Ayco Farms, Inc. to you. Thus, we are providing you notice of our intentions.
We will be seeking an order that finds that you, Mr. Lorenzana Lima, are an agency/instrumentality of one or more of our judgment debtors, orders your blocked assets released to the Plaintiffs in partial satisfaction of their judgment, and absolves Ayco Farms of any liability for the underlying payment and assets that were blocked. We wanted to provide you notice of the proceedings

Respectfully,

_____
Orlando do Campo