| | |
|---|---|
| Plaintiff: JOHN DOES 1 THROUGH 7 | Case Number: 3:20-mc-00206-FDW-DSC |
| Address: c/o do Campo & Thornton, P.A. | |
| 150 S.E. Second Ave., Ste. 602, Miami, FL 33131 | |
| VERSUS | **EXECUTION** (Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| Defendant: The Taliban | Defendant: No Known Address |
| Address: | Address: |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of **John Does 1 through 7**

against, **The Taliban** the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $ 138,418,741.00 | $ 393,388.47 | $ tbd | -$362,430.13 prior collection | $ 138,449,699.34 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ _____. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| 03/20/2023 | Legal rate of interest: 0.12% | Date Judgment entered on docket: 11/05/2020 |
|---|---|---|

You are commanded to satisfy the judgment

By demanding payment from the debtor.

Out of the personal property of the debtor, and if sufficient property cannot be found, then out of the real property belonging to the debtor on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

Except as to property set off as exempt (a list of which attached) out of the personal property of the debtor within your district, and if sufficient personal property cannot be found, then out of real property belonging to the debtor on the day the judgment was docketed in this court as shown above or any time after that date.

✓ Out of the property listed below which is excepted by law from the exemptions:

From the blocked assets of the Judgment Debtor and its agencies and/or instrumentalities, as those terms are defined in the Terrorism Risk Insurance Act ("TRIA"), including but not limited to VTB Bank Europe S.E.

## RETURN OF EXECUTION

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold |
|---|---|
|  |  |

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this Writ Of Execution because:

  ☐ I did not locate property on which to levy.

  ☐ Other: *(specify)*

| Service Fee Paid | Date Received | Name of U.S. Marshal |
|---|---|---|
| $ |  |  |
| Paid By | Date Executed | County |
|  | Date Of Return | U.S. Deputy Marshal Making Return |