IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

    *Judgment Debtors.*

Case No.: 3:20-mc-00206-FDW-DSC

## ORDER FOR ISSUANCE OF WRIT OF EXECUTION

THIS MATTER coming on to be heard before the undersigned Judge of the United States District Court for the Western District of North Carolina upon Judgment Creditors' Motion for an Order of Execution in this matter; and

IT APPEARING to the Court that:

1. Judgment was obtained pursuant to a civil action brought under the Anti-Terrorism Act, 18 U.S.C. § 2333 (hereinafter "ATA") and the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(b) (hereinafter "RICO") arising from an act of terrorism.

2. The Taliban, Al-Qaeda, and The Haqqani Network are each a "terrorist party" as defined by Section 201(d)(4) of the TRIA.

3. Judgment Creditors registered the Judgment with this Court on January 20, 2021.

4. Judgment Creditors now seek Writs of Execution to execute the Judgment in North Carolina against assets of the Judgment Debtors, including Judgment Debtors' blocked assets and the blocked assets of any agency or instrumentality of a Judgment Debtor, as those terms are defined in the Terrorism Risk Insurance Act, 28 U.S.C. § 1610 note ("TRIA").

5. The Judgment has not been satisfied, vacated, or reversed.

6. Pursuant to TRIA, Judgment Debtors' blocked assets including the blocked assets of any agency or instrumentality of a Judgment Debtor, including but not limited to VTB Bank Europe SE are subject to execution or levy to satisfy the Judgment in this case. The Court makes the preliminary finding that VTB Bank Europe SE is an agency or instrumentality of the Taliban. VTV Bank Europe SE will be given the opportunity to challenge this preliminary finding prior to turnover of the assets at issue.

IT IS THEREFORE ORDERED that Writs of Execution be issued by the Clerk of the Court as to the Judgement Debtor, the Taliban, and its agencies or instrumentalities, including but not limited to VTB Bank Europe SE for the collection of the Judgment as provided for herein.

SO ORDERED.

Signed: March 20, 2023

David S. Cayer
United States Magistrate Judge