| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> John Thornton <br> do Campo & Thornton, P.A <br> 150 SE 2nd Avenue Suite 602, Miami, FL 33131 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (305) 358-6600 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Plaintiff: | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 401 West Trade Street, Room 210 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: CHARLOTTE, NC 28202 | |
| BRANCH NAME: WESTERN DISTRICT OF NORTH CAROLINA | |

| PLAINTIFF: JOHN DOES 1 THROUGH 7 | CASE NUMBER: |
|---|---|
| DEFENDANT: THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK | 3:20-mc-00206-FDW-DSC |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> 3:20-mc-00206-FDW-DSC |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:
**NOTICE OF SUPPLEMENTARY PROCEEDINGS ENGLISH AND GERMAN; WRIT OF EXECUTION & ORDER FOR ISSUANCE OF WRIT OF EXECUTION**

PARTY SERVED: **VTB Bank Europe SE**

PERSON SERVED: **Marina Ponomareva - authorized to accept**

DATE & TIME OF DELIVERY: **4/3/2023**
**10:16 AM**

ADDRESS, CITY, AND STATE: **Rüsterstraße 7-9, 60325**
**Frankfurt am Main, Germany,**

MANNER OF SERVICE:

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: $ .00
County:
Registration No.:
```
PROCESS SERVER ONE
555 ANTON BLVD STE 150
COSTA MESA, CA 92626
 (855) 545-1303
 Ref: 3:20-mc-00206-FDW-DSC
```

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 3, 2023**

Signature: _____
Lirim Kopalla

**PROOF OF SERVICE**    DefaultProof/24582

Case 3:20-mc-00206-FDW-DCK   Document 18   Filed 04/06/23   Page 1 of 1