| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>John Thornton<br>do Campo & Thornton, P.A<br>150 SE 2nd Avenue Suite 602, Miami, FL 33131 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (305) 358-6600 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 401 West Trade Street, Room 210
MAILING ADDRESS:
CITY AND ZIP CODE: CHARLOTTE, NC 28202
BRANCH NAME: WESTERN DISTRICT OF NORTH CAROLINA

| PLAINTIFF: JOHN DOES 1 THROUGH 7 | CASE NUMBER: |
|---|---|
| DEFENDANT: THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK | 3:20-mc-00206-FDW-DSC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>3:20-mc-00206-FDW-DSC |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:
**Notice of Supplementary Proceedings (Pashto), Notice of Supplementary Proceedings (English), Writ of Execution & Order for Issuanace of Writ of Execution**

PARTY SERVED: **ARG Presidential Office**

PERSON SERVED: **Mula Mohammad Alam  - Co-operative Commander of ARG**

DATE & TIME OF DELIVERY: **4/3/2023**
**9:32 AM**

ADDRESS, CITY, AND STATE: **G5GG+5MW**
**Akber, Kabul, Afghanistan,**

MANNER OF SERVICE:

WITNESS FEES:
**Were offered or demanded and paid: $ .00.**

Fee for Service: **$ .00**
County:
Registration No.:
```
PROCESS SERVER ONE
555 ANTON BLVD STE 150
COSTA MESA, CA 92626
 (855) 545-1303
 Ref: 3:20-mc-00206-FDW-DSC
```

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 3, 2023**

Signature: *[signed]*
**Nabi Yousafzai**

**PROOF OF SERVICE**

DefaultProof/24607