IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, <br><br> *Judgment Creditors,* <br><br> v. <br><br> THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK, <br><br> *Judgment Debtors.* | Case No.: 3:20-mc-00206-FDW-DSC |

# NOTICE OF SUPPLEMENTARY PROCEEDINGS

**To the Taliban and VTB Bank Europe SE.**

In the United States District Court for the Western District of North Carolina, Case No. 3:20-mc-00206-FDW-DSC, Judgement Creditors, John Does 1 through 7 ("Doe Creditors"), have filed a supplemental execution action against the assets of VTB Bank Europe SE held in Bank of America. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020, against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.C. Gen. Stat. § 1-360, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Doe Creditors' will seek to compel Bank of America to turn over the blocked assets of VTB Bank Europe SE. The outstanding amount of Doe Creditors' award of compensatory damages as of the date this action was commenced is $138,056,310.87.

This is a notice that the supplemental execution action has commenced and a writ of execution against the assets of VTB Bank Europe SE was issued on March 27, 2023.

Dated: March 30, 2023

s/ *John Thornton*<br>John Thornton

 

# Certification of Translation Accuracy

Translation of **2023.03.30 Notice Of Supplementary Proceedings** from **English** to **Pashto**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Mike Bortscheller
Authorized Representative
Order Date: March 30, 2023

RushTranslate
640 South Fourth St
Suite 300
Louisville, KY 40202
United States

 
د متحده ایالاتو د ولسوالی محکمه کې
د شمالي کارولینا لویدیځ ولسوالی
د چارلوټ څانګه

جان د 1 څخه تر 7 پوري، د کیس شمیره:3:20-mc-00206-FDW-DSC

د قضاوت پور ورکوونکي،

په مقابل کي

طالبان، القاعده،
او د حقاني ډله،

د قضاوت پوروړي

## د اضافي اجرااتو خبرتیا

**طالبانو او VTB بانک یوروپا SE ته.**

د شمالي کارولینا د لویدیځي ولسوالي لپاره د متحده ایالاتو د ولسوالی محکمه کي، د قضیي شمیره 3:20-mc-00206-FDW-DSC ، د قضاوت پور ورکوونکي، جان دِ 1 څخه تر 7 پوري ("Doe Creditors")، د اضافي اعدام اقدام درج کړی دی. د VTB بانک اروپا SE د شتمنیو په مقابل کي چي د امریکا په بانک کي د ترسره کیږي. د دو کریدیټران د دې شتمنیو په لټه کي دي ترڅو د 2020 کال د نومبر په 5 د تکزاس په شمالي ولسوالی کي د طالبانو او نورو په مینځ کي د جنوري په 4، 2016 کي د افغانستان په کابل کي د یوه ترهګریز برید په تړاو داخل شوي وروستي قضاوت پوره کړي. د مدني طرزالعمل (a)69 فدرالي قانون سره سم، د N.C. جنرال ستیټ. § 1-360، او د 2002 د تروریزم د خطر بیمي قانون (a)201 برخه، دو کریدیټران به د امریکا بانک ته اړ کړي چي د VTB بانک اروپا SE بلاک شوي شتمنی بیرته ورکړي. د دو کریدیټرانو د جبراني تاوانونو جایزه د هغه نیټې پوري چي دا عمل پیل شوی و $138,056,310.87 دی.

دا یو خبرتیا ده چې د ضمیمه اجرا کولو عمل پیل شوی او د VTB بانک اروپا SE د شتمنیو پروراندي د اجرا کولو لیک د مارچ په 27 ، 2023 کې صادر شوی.

نېټه: د مارچ 30، 2023

s/ جان تورنتن
جان تورنتن

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| Plaintiff | JOHN DOES 1 THROUGH 7 | Case Number: | 3:20-mc-00206-FDW-DSC |
| Address | c/o do Campo & Thornton, P.A. | | |
| | 150 S.E. Second Ave., Ste. 602, Miami, FL 33131 | | |

**EXECUTION**

VERSUS

(Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16)

| | | | |
|---|---|---|---|
| Defendant | The Taliban | Defendant | No Known Address |
| Address | | Address | |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of **John Does 1 through 7**

against, **The Taliban** the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $ 138,418,741.00 | $ 393,388.47 | $ tbd | -$362,430.13 prior collection | $ 138,449,699.34 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ _____. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| | Legal rate of interest: | Date Judgment entered on docket: |
|---|---|---|
| 03/20/2023 | 0.12% | 11/05/2020 |

You are commanded to satisfy the judgment

By demanding payment from the debtor.

Out of the personal property of the debtor, and if sufficient property cannot be found, then out of the real property belonging to the debtor on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

Except as to property set off as exempt (a list of which attached) out of the personal property of the debtor within your district, and if sufficient personal property cannot be found, then out of real property belonging to the debtor on the day the judgment was docketed in this court as shown above or any time after that date.

✓ Out of the property listed below which is excepted by law from the exemptions:

From the blocked assets of the Judgment Debtor and its agencies and/or instrumentalities, as those terms are defined in the Terrorism Risk Insurance Act ("TRIA"), including but not limited to VTB Bank Europe S.E.



*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date **3/27/2023**

WDNC-Sept09    *This writ must be returned within 90 days after the date of issue.*

|  | **RETURN OF EXECUTION** |  |
|---|---|---|

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| *Date Of Levy* | *Description Of Property Levied On And Sold* | | |
|---|---|---|---|
| | | | |
| *Total Sum Collected* <br> $ | *Amount Retained As Commission* <br> $ | *Amount Retained For Expenses* <br> $ | *Balance Returned* <br> $ |

☐ I did not serve this Writ Of Execution because:

  ☐ I did not locate property on which to levy.

  ☐ Other: *(specify)*

| *Service Fee Paid* <br> $ | *Date Received* | *Name of U.S. Marshal* |
|---|---|---|
| *Paid By* | *Date Executed* | *County* |
| | *Date Of Return* | *U.S. Deputy Marshal Making Return* |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors.* | Case No.: 3:20-mc-00206-FDW-DSC |

## **ORDER FOR ISSUANCE OF WRIT OF EXECUTION**

THIS MATTER coming on to be heard before the undersigned Judge of the United States District Court for the Western District of North Carolina upon Judgment Creditors' Motion for an Order of Execution in this matter; and

IT APPEARING to the Court that:

1. Judgment was obtained pursuant to a civil action brought under the Anti-Terrorism Act, 18 U.S.C. § 2333 (hereinafter "ATA") and the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(b) (hereinafter "RICO") arising from an act of terrorism.

2. The Taliban, Al-Qaeda, and The Haqqani Network are each a "terrorist party" as defined by Section 201(d)(4) of the TRIA.

3. Judgment Creditors registered the Judgment with this Court on January 20, 2021.

4. Judgment Creditors now seek Writs of Execution to execute the Judgment in North Carolina against assets of the Judgment Debtors, including Judgment Debtors' blocked assets and the blocked assets of any agency or instrumentality of a Judgment Debtor, as those terms are defined in the Terrorism Risk Insurance Act, 28 U.S.C. § 1610 note ("TRIA").

1

5. The Judgment has not been satisfied, vacated, or reversed.

6. Pursuant to TRIA, Judgment Debtors' blocked assets including the blocked assets of any agency or instrumentality of a Judgment Debtor, including but not limited to VTB Bank Europe SE are subject to execution or levy to satisfy the Judgment in this case. The Court makes the preliminary finding that VTB Bank Europe SE is an agency or instrumentality of the Taliban. VTV Bank Europe SE will be given the opportunity to challenge this preliminary finding prior to turnover of the assets at issue.

IT IS THEREFORE ORDERED that Writs of Execution be issued by the Clerk of the Court as to the Judgement Debtor, the Taliban, and its agencies or instrumentalities, including but not limited to VTB Bank Europe SE for the collection of the Judgment as provided for herein.

SO ORDERED.

Signed: March 20, 2023

David S. Cayer
United States Magistrate Judge