IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors.* | Case No.: 3:20-mc-00206-FDW-DK |

## **DECLARATION OF JOHN THORNTON**

I, John Thornton, depose and say:

1. I represent Judgment Creditors in the above-referenced matter.

2. On November 5, 2020, Judgment Creditors obtained a Judgment in the United States District Court for the Northern District of Texas against the Taliban, Al-Qaeda, and the Haqqani Network for an amount totaling One Hundred Thirty-Eight Million Four Hundred Eighteen Thousand Seven Hundred Forty-One Dollars and zero cents ($138,418,741) in compensatory damages, jointly and severally for an act of terrorism committed by the Judgment Debtors.

3. On January 20, 2021, Judgment Creditors registered the Judgment in this Court.

4. As of this date, the amount of $138,056,310.87 in compensatory damages plus interest that the Judgment awarded remains due and owing. The time for filing an appeal of the Judgment has lapsed.

5. It does not appear that the Defendants have in their possession visible property on which levy can be made sufficiently to satisfy the said Judgment.

6. On September 13, 2022 and February 24, 2023, I served subpoenas upon Bank of America seeking documents or information concerning blocked assets potentially related to one of the judgment debtors in this action.

7. By agreement as to the form of response, Bank of America, N.A. responded to the subpoenas by providing spreadsheets of assets it held that had been blocked pursuant to various identified sanctions programs, including, *inter alia*, the Russian Harmful Foreign Activities Sanctions Program, 31 C.F.R. 587. These spreadsheets, contained an entry identified as "VTB Bank Europe SE". Counsel for Bank of America informed that the funds from a correspondent banking account had been transferred to a new Blocked Account which exists as an electronic entry on Bank of America's books and that Bank of America does not consider the Blocked Account to have any locus. The amount of the VTB Bank Europe SE Blocked Account that Bank of America, N.A. indicated it holds is less than the compensatory portion of the outstanding judgment. An expert on national security has confirmed that VTB Bank Europe SE is part of a network of financial institutions that Russia uses and controls for nefarious purposes, including providing financial support to the Taliban.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2023.

_____
John Thornton, Esq.