**Subject:** RE: 20-mc-00206; Writ of Execution
**Date:** Tuesday, March 28, 2023 at 11:18:16 AM Eastern Daylight Time
**From:** Quesnell-Deese, Yvette (USMS)
**To:** John Thornton, Teresita Isern
**CC:** Orlando Do campo, Daniela Jaramillo

Good Morning Mr. Thorton,

Thank you so much for the update on Mr. Cagney.

I received the package this morning with the paperwork and check.

I will keep you posted when I will be able to serve the Writ of Execution on the bank.

Please let me know if you need anything else.

Thanks Yvette