| | |
|---|---|
| **Subject:** | RE: Service by the Marshal on Bank of America |
| **Date:** | Wednesday, March 29, 2023 at 1:22:45 PM Eastern Daylight Time |
| **From:** | Quesnell-Deese, Yvette (USMS) |
| **To:** | John Thornton, Cagney, Craig |
| **CC:** | Orlando Do campo, Daniela Jaramillo, Teresita Isern, Flynn, Michael S. |
| **Attachments:** | 320mc00206 32923.pdf |

Good afternoon Mr. Thornton and Mr. Cagney,

Here is the email copy of the Writ of Execution and the accounts associated with this case.

Please let me know if you need anything else.

Regards,

Yvette


**Yvette Quesnell-Deese**
**District Asset Forfeiture Coordinator**
**US Marshals Service , Western District of North Carolina**
**Office 704-350-8011**
**Cell    704-651-5073**


***This email may contain LAW ENFORCEMENT SENSITIVE intelligence and is for United States Marshal Service OFFICIAL USE ONLY.  The information is provided to assist United States Marshal Service operational personnel in developing both their own investigative leads and officer safety precautions.   E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119, Sections 2510, 2511, & 2521. Dissemination to any non-law enforcement / media sources is STRICTLY PROHIBITED.***

---

**From:** John Thornton <jt@dandtlaw.com>
**Sent:** Wednesday, March 29, 2023 12:58 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>
**Cc:** Quesnell-Deese, Yvette (USMS) <YQuesnell-Deese@usms.doj.gov>; Orlando Do campo <od@dandtlaw.com>; Daniela Jaramillo <dj@dandtlaw.com>; Teresita Isern <ti@dandtlaw.com>; Flynn, Michael S. <michael.flynn@davispolk.com>
**Subject:** [EXTERNAL] Re: Service by the Marshal on Bank of America

Thank you.

I do not know if the Marshal has already gone to the bank, but she is cc'd here.

Regards,

John Thornton
do Campo & Thornton, P.A.
Chase Bank Building

150 S.E. 2nd Avenue, Suite 602
Miami, FL 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601
Mobile: (305) 494-1717
[www.dandtlaw.com](http://www.dandtlaw.com)

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney/client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies-- electronic, paper or otherwise--which you may have of this communication.

---

**From:** Cagney, Craig <craig.cagney@davispolk.com>
**Date:** Wednesday, March 29, 2023 at 12:48 PM
**To:** John Thornton <jt@dandtlaw.com>
**Cc:** Quesnell-Deese, Yvette (USMS) <Yvette.Quesnell-Deese@usdoj.gov>, Orlando Do campo <od@dandtlaw.com>, Daniela Jaramillo <dj@dandtlaw.com>, Teresita Isern <ti@dandtlaw.com>, Flynn, Michael S. <michael.flynn@davispolk.com>
**Subject:** RE: Service by the Marshal on Bank of America

John,

I have been authorized to accept service of the writ by email on behalf of Bank of America.

Thanks,
Craig

**Craig Cagney**

**Davis Polk & Wardwell** LLP
+1 212 450 3162 office
+1 646 413 8148 mobile
craig.cagney@davispolk.com

---

**From:** John Thornton <jt@dandtlaw.com>
**Sent:** Monday, March 27, 2023 3:35 PM
**To:** Cagney, Craig <craig.cagney@davispolk.com>
**Cc:** Quesnell-Deese, Yvette (USMS) <Yvette.Quesnell-Deese@usdoj.gov>; Orlando Do campo <od@dandtlaw.com>; Daniela Jaramillo <dj@dandtlaw.com>; Teresita Isern <ti@dandtlaw.com>
**Subject:** Service by the Marshal on Bank of America

Hello Craig,

Quick question concerning the service of the writ on Bank on America: As discussed, we want to establish service by the Marshal. Are you amenable to the Marshal (cc'd here) serving it to you by e-mail instead of on the bank in person?

Please advise.

Regards,

John

John Thornton
do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, FL 33131
Telephone: (305) 358-6600
Facsimile:  (305) 358-6601
Mobile: (305) 494-1717
www.dandtlaw.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney/client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise-- which you may have of this communication.