**Subject:** Letter to Bank of America
**Date:** Monday, March 27, 2023 at 11:11:33 AM Eastern Daylight Time
**From:** John Thornton
**To:** Cagney, Craig, Thomson, Daniel J.
**CC:** Daniela Jaramillo, Orlando Do campo, Teresita Isern, S Frederick Winiker
**Attachments:** image001.png, 2023.03.27 Letter to BofA re VTB Bank Europe w attachments.pdf

Gentlemen,

Following up, please see the attached copy of a restraining letter being sent to Bank of America and attaching the Order of Issuance of a Writ of Execution and Writ of Execution directed at, inter alia, the blocked assets of VTB Bank Europe S.E.

Regards,

John Thornton
do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, FL 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601
Mobile: (305) 494-1717
www.dandtlaw.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney/client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

---

**From:** John Thornton <jt@dandtlaw.com>
**Date:** Friday, March 24, 2023 at 11:16 AM
**To:** Cagney, Craig <craig.cagney@davispolk.com>, Thomson, Daniel J. <daniel.thomson@davispolk.com>
**Cc:** Daniela Jaramillo <dj@dandtlaw.com>, Orlando Do campo <od@dandtlaw.com>, Teresita Isern <ti@dandtlaw.com>, S Frederick Winiker <swiniker@winikerlaw.com>
**Subject:** Re: Bank of America assets

Hello Craig and Daniel,