IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-mc-00206-FDW-WCM

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER |
| ) | |
| THE TALIBAN, ) | |
| AL-QAEDA, ) | |
| THE HAQQANI NETWORK, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Garnishee ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 29) filed by Thomas G. Walker. The Motion indicates that Mr. Walker, a member in good standing of the Bar of this Court, is local counsel for proposed intervenor VTB Bank (Europe) SE and that he seeks the admission of Brian Frey, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 29) and **ADMITS** Brian Frey to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 10, 2023

W. Carleton Metcalf
United States Magistrate Judge