| | |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Hong Kong |
| São Paulo | Beijing |
| London | Tokyo |

# Davis Polk

**Craig Cagney**

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017

212 450 3162 tel  
craig.cagney@davispolk.com

April 6, 2023

Re: *John Does 1 through 7 v. The Taliban, et al.,*, No. 3:20-MC-00206-FDW-DSC
Writs of Execution Issued Against Bank of America, N.A.

United States Marshals Service
Western District of North Carolina
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Attention: Yvette Quesnell-Deese
District Asset Forfeiture Coordinator

Dear Ms. Quesnell-Deese:

This statement is submitted on behalf of Bank of America, N.A. ("Bank of America") with respect to the annexed writ of execution in respect of the above-captioned matter.

Bank of America is a national bank with offices throughout the country, including in the State of North Carolina. It maintains on its books various accounts which have been blocked pursuant to various sanctions programs, including the Russian Harmful Foreign Activities Sanctions Regulations, 31 C.F.R. 587 and Executive Order 14024 (the "RHFA Sanctions Regulations"). We understand that the writ is directed at certain accounts blocked pursuant to the RHFA Sanctions Regulations in which VTB Bank Europe S.E. may have an interest (the "Blocked Accounts").

Because the Blocked Accounts referred to above have been blocked pursuant to the RHFA Sanctions Regulations, Bank of America cannot release or turn over those assets to any party without a license issued by the U.S. Treasury Department's Office of Foreign Assets Control and/or a court order issued pursuant to Section 201(a) of the Terrorism Risk Insurance Act ("TRIA") or the Foreign Sovereign Immunities Act ("FSIA"). I should add that while the Blocked Accounts hold property blocked within the meaning of the RHFA Sanctions Regulations, the Blocked Accounts may not be subject to execution or turnover for several reasons, including because they do not hold property owned by Al-Qaeda, the Taliban, the Haqqani Network, or an agency or instrumentality thereof, because they are immune from execution pursuant to the Vienna Convention on Diplomatic Relations or the Vienna Convention on Consular Relations, or because they are subject to turnover or restraint issued by a Court in another jurisdiction.

Please do not hesitate to contact me if you have any questions with regard to the foregoing.

Very truly yours,

*/s/ Craig Cagney*

Craig Cagney

Enclosure

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **Plaintiff** JOHN DOES 1 THROUGH 7<br>**Address** c/o do Campo & Thornton, P.A.<br>150 S.E. Second Ave., Ste. 602, Miami, FL 33131 | **Case Number:** 3:20-mc-00206-FDW-DSC |
| VERSUS | **EXECUTION**<br>(Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| **Defendant** The Taliban<br>**Address** | **Defendant** No Known Address<br>**Address** |

**TO THE UNITED STATES MARSHAL:**
By the terms of a judgment rendered in favor of __John Does 1 through 7__

against, __The Taliban__ the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $ 138,418,741.00 | $ 393,388.47 | $ tbd | -$362,430.13 prior collection | $ 138,449,699.34 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ _____. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| 03/20/2023 | Legal rate of interest:<br>0.12% | Date Judgment entered on docket:<br>11/05/2020 |
|---|---|---|

You are commanded to satisfy the judgment

   By demanding payment from the debtor.

   Out of the personal property of the debtor, and if sufficient property cannot be found, then out of the real property belonging to the debtor on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

   Except as to property set off as exempt (a list of which attached) out of the personal property of the debtor within your district, and if sufficient personal property cannot be found, then out of real property belonging to the debtor on the day the judgment was docketed in this court as shown above or any time after that date.

   ✓ Out of the property listed below which is excepted by law from the exemptions:

From the blocked assets of the Judgment Debtor and its agencies and/or instrumentalities, as those terms are defined in the Terrorism Risk Insurance Act ("TRIA"), including but not limited to VTB Bank Europe S.E.



Date __3/27/2023__

*Frank D. Johns*

Frank G. Johns, Clerk
United States District Court

The Taliban

Please restrain the following account numbers listed below.

Bank of America account numbers ███████ & ███████.

Any other accounts that the Judgment Debtor, The Taliban, maintains at Bank of America.