IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>*Garnishee.* | Case No.: 3:20-mc-00206-FDW-WCM |

## NOTICE OF STAY IN RELATED PROCEEDING

Doe Creditors, through undersigned counsel, hereby give notice to the Court that an interpleader action filed by the Bank of America, N.A. in the United States District Court for the Southern District of New York has been stayed. Doe Creditors attach the Memo Endorsed Order staying that action as Exhibit A.

Dated: August 3, 2023.

                                              Respectfully submitted,

                                              **Winiker Law Firm, PLLC**
                                              352 N. Caswell Road
                                              Charlotte, North Carolina 28204
                                              Telephone: (704) 333-8440
                                              Facsimile: (704) 831-5274

                                              By:    s/ *S. Frederick Winiker, III*
                                                            S. Frederick Winiker, III
                                                             North Carolina Bar No. 22390

swiniker@winikerlaw.com

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By: s/ *John Thornton*
John Thornton
Florida Bar No. 004820
jt@dandtlaw.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *John Thornton*
John Thornton