IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>     *Plaintiffs*,<br><br> v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>     *Defendants,*<br><br> v.<br><br>Bank of America, N.A.,<br><br>     *Garnishee,*<br><br>VTB Bank (Europe) SE i.L.,<br><br>     *Intervenor*. | Case No. 3:20-mc-00206 |

## NOTICE OF DOES' CONSENT TO INTERVENTION

VTBE Bank (Europe) SE i.L. ("VTBE") hereby gives notice to the Court that—in the interpleader action filed by Bank of America, N.A. in the U.S. District Court for the Southern District of New York—Does clarified that they consent to VTBE's intervention in this action. *See* Ex. A, ECF No. 26, *Bank of America, N.A. v. John Does 1 through* 7, No. 1:23-cv-03604 (S.D.N.Y.). Does previously opposed VTBE's intervention in this matter, eventually only referencing their purported "consent" in passing in their proposed sur-reply to the motion to intervene. ECF No. 31-1. It was not until Does sought to avoid having this case heard in the Southern District of New York that they suddenly claimed to have fully consented to VTBE's

1

intervention in this case. Inexplicably, Does have still failed to file a clear statement of this consent in response to VTBE's Motion to Intervene. ECF No. 21.

Respectfully submitted this 7th day of August,

                                            **ALSTON & BIRD LLP**
/s/*Thomas G. Walker*
Thomas G. Walker
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
Phone: (704) 444-1000
thomas.walker@alston.com

Brian D. Frey
950 F Street NEW
Washington, DC 20004
Telephone: (202) 239-3067
Facsimile: (202) 870-6435
brian.frey@alston.com

*Attorneys for VTB Bank (Europe) SE i.L*

## CERTIFICATE OF SERVICE

I, Thomas G. Walker, an attorney, certify that on August 7, 2023, a true and accurate copy of the above was served upon counsel of record at the addresses indicated by CM/ECF electronic notification.