IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-mc-00206-FDW-WCM

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| THE TALIBAN, | ) |
| AL-QAEDA, | ) ORDER |
| THE HAQQANI NETWORK, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Garnishee, | ) |
| | ) |
| VTB Bank (Europe) SE, | ) |
| | ) |
| Intervenor. | ) |

This matter is before the Court on the parties' Consent Motion for Entry of Protective Order (Doc. 46).

Parties routinely seek the entry of protective orders governing the exchange of information in discovery. However, the procedures proposed here include an exceedingly broad definition of Confidential Information; specifically, "[a]ll documents and information produced in response to any Movant's document request or subpoena" would be deemed confidential, "unless the Producing Party advises otherwise in writing." Doc. 46-1 at ¶ 1.

1

Though the parties are free to negotiate appropriate agreements between and among themselves regarding the production of information and materials, the current record does not include sufficient information to allow the Court to endorse such a broad provision by way of an Order.

Consequently, the Consent Motion for Entry of Protective Order (Doc. 46) is **DENIED WITHOUT PREJUDICE**.

It is so ordered.

Signed: September 21, 2023

W. Carleton Metcalf
United States Magistrate Judge