IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-mc-00206-FDW-WCM

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER |
| ) | |
| THE TALIBAN; ) | |
| AL-QAEDA; ) | |
| THE HAQQANI NETWORK, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| VTB BANK (EUROPE) SE, ) | |
| ) | |
| Intervenor. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 59) filed by Jodie Hermann Lawson. The Motion indicates that Ms. Lawson, a member in good standing of the Bar of this Court, is local counsel for Bank of America, N.A., and that she seeks the admission of Michael S. Flynn, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 59) and **ADMITS** Michael S. Flynn to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 31, 2023

W. Carleton Metcalf
United States Magistrate Judge